# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOZETTE BROWN, | ) Case No. 1:21-cv-00931 |
| Plaintiff, | ) |
| | ) JUDGE JAMES GWIN |
| v. | ) |
| RESERVE APARTMENTS, LTD., *et al.* | ) |
| Defendants. | ) |

## STIPULATED DISMISSAL WITH PREJUDICE

By stipulation of the undersigned counsel, it is hereby agreed that this action be dismissed in its entirety, with prejudice. The court shall retain jurisdiction to enforce the terms of the parties' settlement agreement. Each party shall bear its own attorneys' fees and costs.

Dated this 2nd day of November, 2021.


*/s/ Samuel B. Robb*

Samuel B. Robb (0099035)
The Spitz Law Firm, LLC
25825 Science Park Drive., Suite 200
Beachwood, OH 44122
Telephone: (216) 291-4744
Facsimile: (216) 291-5744
Daniel.dubow@spitzlawfirm.com
Taurean.shattuck@spitzlawfirm.com

*Counsel for Plaintiff*

*/s/ Patrick M. Watts*

Patrick M. Watts
Zashin & Rich
Ernst & Young Tower
950 Main Avenue, 4th Floor
Cleveland, OH 44114-9612
Telephone: (216) 696-4441
Facsimile: (216) 696-1618
pmw@zrlaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 2nd day of November, 2021, a true and correct copy of the foregoing *Stipulated Dismissal with Prejudice* was electronically filed using the Court's electronic filing system. Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

/s/ *Samuel B. Robb*
Samuel B. Robb (0099035)